## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**AMY RANGER,**

      **Plaintiff,**

**v.**                                                      **Case No.  8:08-cv-483-T-30MAP**

**THE HARBOR BEHAVIORAL HEALTH
CARE INSTITUTE, INC.,**

      **Defendant.**

_____/

## <u>ORDER</u>

THIS CAUSE comes before the Court upon Defendant's Notice of Filing Offer of Judgment and Acceptance of Offer (Dkt. 15).  Plaintiff has accepted Defendant's Offer of Judgment.  The parties have agreed to the entry of judgment against Defendant and in favor of Plaintiff in the total sum of $15,000.00, which sum includes settlement of Ranger's claim for unpaid overtime compensation, settlement of Ranger's claim for liquidated damages, and attorney's fees and costs reasonably expended by Ranger.

It is therefore ORDERED AND ADJUDGED that:

1.      The Clerk is directed to enter **Final Judgment** against Defendant and in favor of Plaintiff in the total amount of **$15,000.00**.

2.      The Clerk is further directed to **CLOSE** this case and terminate any pending

motions.

**DONE** and **ORDERED** in Tampa, Florida on September 18, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2008\08-cv-483.offer of judgment.frm